ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
EDNER VERNA,              :
                          :
         Plaintiff,       :
                          :
     - v. -               :
                          :   STIPULATION AND ORDER
MICHAL J. ASTRUE,         :   08 Civ. 2498 (GEL)(DFE)
Commissioner of           :
Social Security,          :
                          :
         Defendant.       :
                          :
- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 12, 2008 to and including July 11, 2008. The reason for the request is

USDC SDNY
DATE SCANNED 5/6/08

that the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
April 17, 2008

                                                IRWIN B. SILVERMAN, ESQ.
                                                Attorney for Plaintiff
                                                166 East Central Avenue
                                                Spring Valley, New York 10977
                                                Telephone No: (845) 425-1642

                                                MICHAEL J. GARCIA
                                                United States Attorney
                                                Southern District of New York

By: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant U.S. Attorney
     86 Chambers Street, 3rd Floor
     New York, New York  10007
     Telephone No.: (212) 637-0378
     Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: May 6, 2008

_____
UNITED STATES ~~DISTRICT~~ JUDGE
             MAGISTRATE